In the Matter of the Claim of PETER HAVERHALS, Respondent, against THEODORE BADMAN et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 1, 1935; decided October 15, 1935.)

*Leo F. Potts* and *Daniel Mungall* for appellants.

*Anthony Blasi* and *Frederick H. Cunningham* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with one bill of costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, CROUCH and LOUGHRAN, JJ. Dissenting: HUBBS and FINCH, JJ.